# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Krista Karstens, *et al.*, | No. CV-19-03088-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Interactive Health Incorporated, | |
| Defendant. | |

Pursuant to this Court's Order of February 11, 2020 (Doc. 47),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 9th day of April, 2020.

Honorable John J. Tuchi
United States District Judge